PEOPLE v FIELDS

Docket No. 66361. Argued October 15, 1981 (Calendar No. 19).—
Decided June 14, 1982.

Elizabeth J. Fields was convicted in the Jackson Circuit Court,
Russell E. Noble, J., of enticing away children under the age of
14 from a person having lawful charge of the children. The
Court of Appeals, Danhof, C.J., and M. J. Kelly and Corsiglia,
JJ., reversed (Docket No. 44492). The people appeal.

In a unanimous memorandum opinion, the Supreme Court
*held:*

After full consideration of the briefs and arguments of the
parties, the Court is satisfied that the Court of Appeals made
the correct decision. The case is remanded to the trial court for
entry of an order dismissing the case and discharging the
defendant.

101 Mich App 287; 300 NW2d 548 (1980) affirmed.

*Frank J. Kelley,* Attorney General, *Louis J. Caruso,* Solicitor General, *Edward Grant,* Prosecuting Attorney, and *John L. Wildeboer,* Chief Appellate Attorney, for the people.

*Susan J. Smith,* Assistant State Appellate Defender, for defendant.

MEMORANDUM OPINION. After full consideration of the briefs and arguments of the parties, we are satisfied that the Court of Appeals made the correct decision in this case, *People v Fields,* 101 Mich App 287; 300 NW2d 548 (1980).

Remanded to the trial court for entry of an order dismissing the case and discharging the defendant.

COLEMAN, C.J., and KAVANAGH, WILLIAMS, LEVIN, FITZGERALD, RYAN, and BLAIR MOODY, JR., JJ., concurred.